**Alemayehu GETACHEW,**
**Plaintiff–Appellant**

v.

**WEST SIDE TRANSPORT, INC.,**
**Defendant–Appellee.**

No. 14–1052.

United States Court of Appeals,
Eighth Circuit.

Submitted: Aug. 7, 2014.

Filed: Aug. 13, 2014.

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the

Alemayehu Getachew, Columbus, OH, pro se.

Kevin James Visser, Simmons & Perrine, Cedar Rapids, IA, for Defendant–Appellee.

Before MURPHY, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Alemayehu Getachew appeals after the district court[1] dismissed his civil complaint, in which Getachew raised various federal- and state-law claims related to his employment with West Side Transport, Inc., and his subsequent termination. Having carefully reviewed the record de novo and considered Getachew's arguments for reversal, we conclude that the district court properly dismissed the complaint for the reasons explained in the court's thorough order. Accordingly, we affirm. *See* 8th Cir. R. 47B.

**In re Bryan S. BEHRENS, Debtor.**

Northern District of Iowa.